**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00234-KGB**

**430 SOUTH LOS ANGELES STREET, LLC** **DEFENDANT**

**ORDER**

Plaintiff Cedric Greene filed a *pro se* complaint in this district (Dkt. No. 2). In the complaint, Greene states that he is a resident of Los Angeles, California, and that defendant 430 South Los Angeles Street, LLC has its place of business in Los Angeles, California (*Id*., at 2, 4). Greene asserts that his claims concern an "attack to Cedrick Greene" on December 5, 2021" at the "Toy District Parking Structure in Los Angeles, California." (Dkt. No. 2, at 5). Greene alleges that he was attacked by "three Hispanic males" working at the parking structure and that "a car that was entering the parking structure nearly hit Greene" (*Id*.). The complaint indicates that he filed a city claim "C23-03289" related to this incident, but that he wishes to "reinstate the claim here and demand money damages" (*Id*.). Based on the facts alleged in Greene's complaint, it is unclear to the Court on what basis he asserts jurisdiction in this Court (*Id*.). Accordingly, the Court dismisses Greene's case for lack of jurisdiction. *See* 28 U.S.C. §§ 1331, 1332.

It is so ordered this 11th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge