**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00234-KGB**

**430 SOUTH LOS ANGELES STREET, LLC** **DEFENDANT**

# <u>JUDGMENT</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Cedric Greene's claims are dismissed without prejudice.

It is so adjudged this 11th day of September, 2026.

Kristine G. Baker
______________________________
Kristine G. Baker
Chief United States District Judge